CHRISTOPHER B. BRUNI, SBN 116521
SINUNU BRUNI LLP
333 Pine Street, Suite 400
San Francisco, CA 94104-3311
Telephone: 415.362.9700
Facsimile: 415.362.9707
cbruni@sinunubruni.com
Attorneys for Defendants
GREENWOOD CONSTRUCTION, INC., a dissolved
California Corporation, and
DENNIS P. GREENWOOD

WILLIAM LEVIN, SBN 98592
TIMOTHY F. PEARCE, SBN 215223
LEVIN SIMES LLP
353 Sacramento St., 20th Floor
San Francisco, CA 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
wlevin@levinsimes.com
lpearce@levinsimes.com
Attorneys for Plaintiffs
SARA BABIN and NICOLAS BABIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA BABIN AND NICOLAS BABIN<br><br>Plaintiff(s)<br><br>v.<br><br>GREENWOOD CONSTRUCTION, INC.; DENNIS P. GREENWOOD; AND THE FIRST DOE THROUGH THREE HUNDREDTH DOE, INCLUSIVE.<br><br>Defendant(s). | Case No. C-14-01837-VC<br><br>**STIPULATION TO REMAND CASE TO ALAMEDA COUNTY SUPERIOR COURT; ORDER THEREON** |

SARA BABIN AND NICOLAS BABIN ("Plaintiffs") and GREENWOOD CONSTRUCTION, INC. and DENNIS P. GREENWOOD, (collectively "Defendants"), through their respective counsel of record, hereby stipulate as follows:

1. WHEREAS, on March 24, 2014, Plaintiffs commenced an action in the Superior Court of the State of California in and for the County of Alameda, entitled *Sara Babin and Nicolas Babin,*

---

1

STIPULATION TO REMAND CASE TO ALAMEDA COUNTY SUPERIOR COURT; ORDER THEREON

1  *Plaintiffs v. Greenwood Construction, Inc.; Dennis P. Greenwood; And The First Doe Through Three*
2  *Hundredth Doe, Inclusive, Defendants,* as case number RG14718650 (the "Action").

3  2. WHEREAS, Plaintiffs served the Summons and Complaint on Defendants on March 24, 2014.

5  3. WHEREAS, On April 22, 2014, Defendants filed a NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C.A. § 1441(b), (DIVERSITY) ("Notice of Removal") with the United States District Court for the Northern District of California.

8  4. WHEREAS, on April 23, 2014, Defendants completed the removal process by filing a conformed copy of the notice of removal with the Alameda Superior Court.

10  5. WHEREAS, on April 29, 2014, Plaintiffs filed a Notice of Motion and Motion for Remand. Also on April 29, 2014, Plaintiffs filed the Declaration of Christine E. Dafforn in Support of Plaintiff's Motion for Remand ("Dafforn Dec.") and asserted that Sara Babin is a United States citizen. Plaintiffs attached a copy of Sara Babin's United States Passport as Exhibit C to the Dafforn Declaration.

15  6. WHEREAS, Defendants were unaware of Sara Babin's United States citizenship at the time they filed the Notice of Removal.

17  7. WHEREAS, the parties agree that Ms. Babin's United States citizenship prevents removal of her Superior Court action to Federal Court under diversity grounds.

19  THEREFORE, the parties have agreed as follows:

20  7. The Action be remanded to the Alameda County Superior Court.

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

8. Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and Order.

Dated: May 13, 2014                                SINUNU BRUNI LLP

By: _____
CHRISTOPHER B. BRUNI
Attorneys for Defendants,
GREENWOOD CONSTRUCTION, INC., a dissolved California Corporation;
and DENNIS P. GREENWOOD

Dated: May 13, 2014                                LEVIN SIMES LLP

By: _____
CHRISTINE E. DAFFORN
Attorneys for Plaintiffs,
SARA BABIN AND NICOLAS BABIN

## ORDER

On May 13, 2014, the Parties to the above-referenced action filed a Stipulation to Remand Case to Alameda County Superior Court. The Court having reviewed that Stipulation and good cause appearing, orders as follows:

1. The Parties' Stipulation is approved;
2. Northern District of California Case No. C-14-01837-VC *Babin, et al. v. Greenwood Construction, Inc., et al.* is hereby remanded to Alameda County Superior Court.

IT IS SO ORDERED:

Dated: May 14, 2014

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO REMAND CASE; ORDER THEREON

4